IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue SW<br>Washington, DC 20202<br><br>　　　　　　　　　　*Defendant.* | Case No. 21-cv-1444 |

**COMPLAINT**

1. Plaintiff American Oversight brings this action against Defendant U.S. Department of Education under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4. Because Defendant has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from

continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5.     Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.     Defendant U.S. Department of Education (Education) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). Education has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

*White House Communications FOIA*

7.     On August 24, 2020, American Oversight submitted a FOIA request to Education, seeking the following:

> All email communications (including emails, email attachments, calendar invitations, and calendar invitation attachments) between (a) the Education officials specified below and (b) White House officials specified below:
>
> Education officials:
>   i.   Betsy DeVos, Secretary of Education
>   ii.  Nathan Bailey, Chief of Staff

      iii.    Mitchell Zais, Deputy Secretary
      iv.    Kent Talbert, Senior Advisor to the Deputy Secretary
      v.    Robert King, Assistant Secretary, Office of Postsecondary Education
      vi.    Anyone serving as a Senior Advisor in the Office of Postsecondary Education, including but not limited to John Huston
      vii.    Anyone serving as White House liaison

White House officials:
      i.    Stephen Miller, Senior Advisor for Policy (including but not limited to the email address stephen.miller@who.eop.gov)
      ii.    Robert Gabriel, Jr., Director of the Office of the Senior Advisor for Policy (including but not limited to the email address robert.gabriel@who.eop.gov)
      iii.    Jennifer Cytryn, Assistant to the Senior Advisor for Policy (including but not limited to the email address jennifer.cytryn@who.eop.gov)

Please provide all responsive records from March 27, 2020, to June 17, 2020.

8. By email sent August 25, 2020, Education acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 20-02321-F.

9. By email sent August 25, 2020, Education stated that it updated the status of American Oversight's request to "In Process."

10. By letter dated September 23, 2020, Education stated that it had forwarded American Oversight's request to the appropriate offices within the department and that it aimed to complete the request as promptly as possible.

11. As of the date of this Complaint, American Oversight has not received any further communications from Education regarding this request.

*Key Terms FOIA*

12. On August 24, 2020, American Oversight submitted a FOIA request to Education seeking the following:

3

> All email communications (including emails, email attachments, calendar invitations, and calendar invitation attachments) <u>sent</u> from (a) the individuals specified below <u>to</u> (b) any email address ending in .com, .org, .net, .mail, or .edu, containing any of the following terms:
>
>   i. "CARES Act"
>   ii. "Higher Education Emergency Relief Fund"
>   iii. HEERF
>   iv. "emergency financial aid"
>   v. "coronavirus relief"
>   vi. Undocumented
>   vii. "illegal immigrant"
>   viii. "illegal alien"
>   ix. "international student"
>
> Specified individuals:
>   i. Betsy DeVos, Secretary of Education
>   ii. Nathan Bailey, Chief of Staff
>   iii. Mitchell Zais, Deputy Secretary
>   iv. Robert King, Assistant Secretary, Office of Postsecondary Education
>
> Please provide all responsive records from March 27, 2020 to June 17, 2020.

13. By email sent August 25, 2020, Education acknowledged American Oversight's request and assigned it tracking number 20-02322-F.

14. By email sent September 4, 2020, Education stated that it updated the status of American Oversight's request to "In Process."

15. As of the date of this Complaint, American Oversight has not received any further communications from Education regarding this request.

*Exhaustion of Administrative Remedies*

16. As of the date of this Complaint, Education has failed to (a) notify American Oversight of any determination regarding its FOIA requests, including the scope of any responsive records Education intends to produce or withhold and the reasons for any

withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

17. Through Education's failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

18. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

19. American Oversight properly requested records within the possession, custody, and control of Defendant.

20. Defendant is an agency subject to FOIA and must therefore must make reasonable efforts to search for requested records.

21. Defendant has failed to promptly review agency records for the purpose of locating those records that are responsive to Plaintiff's FOIA requests.

22. Defendant's failure to conduct adequate searches for responsive records violates FOIA.

23. Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to Plaintiff's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Withholding of Non-Exempt Responsive Records

24. American Oversight properly requested records within the possession, custody,

and control of Defendant.

25. Defendant is an agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

26. Defendant is wrongfully withholding non-exempt agency records requested by Plaintiff by failing to produce non-exempt records responsive to Plaintiff's FOIA requests.

27. Defendant is wrongfully withholding non-exempt agency records requested by Plaintiff by failing to segregate exempt information in otherwise non-exempt records responsive to Plaintiff's FOIA requests.

28. Defendant's failure to provide all non-exempt responsive records violates FOIA.

29. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to Plaintiff's FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search reasonably calculated to uncover all records responsive to American Oversight's FOIA requests identified in this Complaint;

(2) Order Defendant to produce, within twenty days of the Court's order, any and all non-exempt records responsive to American Oversight's FOIA requests and *Vaughn* indexes of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: May 27, 2021

Respectfully submitted,

*/s/ Mehreen Rasheed*
Mehreen Rasheed
D.C. Bar No. 144880
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*